Case No. 2:23-cv-01876-GMN

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

In re: FRESH MIX LLC,
*Debtor.*

GET FRESH SALES, INC.,
*Appellant,*

v.

LENARD E. SCHWARTZER, CH. 7 TRUSTEE; PAUL LAGUDI; WILLIAM TODD PONDER; PISANELLI BICE, PLLC; COHEN DOWD QUIGLEY P.C.; BRUCE A. LESLIE, CHTD.; BRUCE A. LESLIE,
*Appellees.*

Appeal from the United States Bankruptcy Court
for the District of Nevada
Before the Honorable Gary A. Spraker
[Case No. 20-12051-GS (Chapter 7)]

**APPELLANT GET FRESH SALES, INC.'S
CERTIFICATE OF INTERESTED PARTIES
AND DISCLOSURE STATEMENT**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
Jason J. Thomas, Esq.
Nevada Bar No. 16148
jthomas@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101-5805
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Appellant Get Fresh Sales, Inc.*

1

Pursuant to Local Rule 7.1-1 and Rule 8012 of the Federal Rules of Bankruptcy Procedure, the undersigned, counsel of record for Appellant Get Fresh Sales, Inc. ("**Get Fresh**"), hereby states that there are no known parties, other than those participating in this case, with a direct, pecuniary interest in the outcome of the case. In addition, Get Fresh has no parent corporation, nor are there any publicly held corporations owning ten percent (10%) or more of its stock.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: November 14, 2023.

                                                  SCHWARTZ LAW, PLLC

By: */s/ Samuel A. Schwartz*
      Samuel A. Schwartz, Esq.
      Nevada Bar No. 10985
      Athanasios E. Agelakopoulos, Esq.
      Nevada Bar No. 14339
      Jason J. Thomas, Esq.
      Nevada Bar No. 16148
      601 East Bridger Avenue
      Las Vegas, Nevada 89101

      *Attorneys for Appellant Get Fresh Sales, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2023, true and correct copies of the foregoing *Appellant Get Fresh Sales, Inc.'s Certificate of Interested Parties and Disclosure Statement* were served electronically via the Court's ECF system upon all parties of interest requesting or consenting to such service in this case.

Dated: November 14, 2023.

SCHWARTZ LAW, PLLC

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
Jason J. Thomas, Esq.
Nevada Bar No. 16148
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Attorneys for Appellant Get Fresh Sales, Inc.*